**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              **RE:    Enrique SANDOVAL**
                                     **Docket Number:   2:01CR00367-04**
                                     **PERMISSION TO TRAVEL**
                                     **OUTSIDE THE COUNTRY**

Your Honor:

The release is requesting permission to travel to Mexico.  He is current with all supervision obligations, and the probation officer where he is supervised in the Central District of California recommends approval be granted.

**Conviction and Sentencing Date:**  On April 3, 2002, Enrique Sandoval was sentenced for the offense of 21 USC 841(a)(1) - Distribution fo Methamphetamine (at least 50 grams).

**Sentence imposed:**  60 months custody of the Bureau of Prisons; 48 months Supervised Release; $100 Special Assessment.

**Dates and Mode of Travel:**  December 15, 2006 to December 29, 2006, via personal vehicle.

**Purpose:**  The releasee is seeking approval to travel for the holidays to visit his family. The United States Probation Officer in the Central District of California reports the releasee is in compliance, and it is recommended travel be approved.

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE:   **Enrique SANDOVAL**
      **Docket Number:   2:01CR00367-04**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ George A. Vidales
**GEORGE A. VIDALES**
**United States Probation Officer**

**DATED:**      December 11, 2006
              Elk Grove, California
              GAV/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved   X**

**Date:  December 13, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG